CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 JAN 23   AM 10: 38

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| PATRICK LEATH, PRO SE, <br> TDCJ-CID No. 1826931, <br><br> Plaintiff, <br><br> v. <br><br> UNNAMED DEFENDANTS, <br> OLIVER BELL, <br> NFN KELLY, Indigent Supply Officer, and <br> MAILROOM COORDINATORS <br> PANEL – UNNAMED, <br><br> Defendants. | § § § § § § § § § § § § § § § § | 2:13-CV-0211 |

## ORDER OF DISMISSAL

Plaintiff PATRICK LEATH, while a prisoner confined in the Texas Department of

Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States

Code, section 1983 complaining against the above-named defendants and has been granted

permission to proceed *in forma pauperis*.

On November 12, 2013, the Magistrate Judge issued a Report and Recommendation

analyzing plaintiff's claims and recommending dismissal with prejudice as frivolous.

Plaintiff filed his Objections November 27, 2013.

The Court has made an independent examination of the records in this case and has

examined the Magistrate Judge's Report and Recommendation, as well as the objections filed by

the plaintiff.

The Court is of the opinion that plaintiff's objections should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections, and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by PATRICK LEATH is DISMISSED WITH PREJUDICE AS FRIVOLOUS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk shall send a copy of this order to plaintiff and to any attorney of record. The Clerk shall also mail copies of this order to the Pro Se Clerk at the U.S. District Court for the Eastern District of Texas, Tyler Division.

It is SO ORDERED.

Signed this the _____ 23rd day of January, 2014.


_____
MARY LOU ROBINSON
United States District Judge